IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  04-cv-1557-WDM-MJW

RUBEN H. PAPPAN,

    Plaintiff,

v.

ROBERT A. HOOD, et al.,

    Defendants.

---

## ORDER ON RECOMMENDATIONS OF MAGISTRATE JUDGE

---

Miller, J.

    This matter is before me on two recommendations issued by Magistrate Judge Michael J. Watanabe.  The first, issued February 15, 2005, is that the motion for temporary restraining order filed by plaintiff Ruben Pappan be denied.  Pappan filed a timely objection to this recommendation.  28 U.S.C. § 636(b).  The second recommendation, issued May 16, 2005, is that defendants' motion to dismiss be granted and this case be dismissed in its entirety.  Pappan has not objected to this recommendation and therefore is not entitled to *de novo* review.  *Id.*

    I have reviewed the pertinent portions of the record in this case, including the amended complaint, Pappan's motion for temporary restraining order, the parties' filings on the motion to dismiss, both recommendations, and Pappan's objection to the February 15 recommendation.  I conclude both recommendations should be accepted.

    In his objection to the February 15, 2005 recommendation, titled "Motion for

Reconsideration of Recommendation Motion," Pappan reasserts his claim that defendants are using a modified tape recorder to portray him as a child molester and to cause him mental and physical harm.  He calls into question the veracity of a witness at the hearing held by Magistrate Judge Watanabe, alleging that Jerome Zuercher's statement that he could not recall details of a speaker system in the cells where Pappan is incarcerated is "hard to believe."  Objection, p. 2.  Even assuming Pappan is correct about the speaker system, the existence of such a system, by itself, is not evidence that defendants used the system to harass him.  As Magistrate Judge Watanabe observed in his recommendation, following the evidentiary hearing, Pappan has offered no evidence of the use of a tape recorder or other equipment to harass him.  I agree with Magistrate Judge Watanabe that Pappan has not met the high burden of demonstrating entitlement to injunctive relief.

I also concur with the May 16 recommendation, to which Pappan has not objected.

Accordingly, it is ordered:

1.      The recommendation issued February 15, 2005, by Magistrate Judge Watanabe, is accepted.

2.      Plaintiff's motion for temporary restraining order, filed December 23, 2004 (Docket No. 17), is denied.

3.      The recommendation issued May 16, 2005, is accepted.

4.      The motion to dismiss, filed March 14, 2005 (Docket No. 37), is granted.

5.      Plaintiff's complaint is dismissed against all defendants.

DATED at Denver, Colorado, on June 21, 2005.

BY THE COURT:


/s/ Walker D. Miller
United States District Judge